# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JOHN ADAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.: 3:00-CV-560 |
| ) | (VARLAN) |
| LOCKHEED MARTIN ENERGY SYSTEMS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the plaintiffs' motion for partial summary judgment [Doc. 64] will be DENIED, and the defendant's motion for summary judgment [Doc. 66] will be GRANTED whereby summary judgment will be entered in defendant's favor with respect to all of plaintiffs' claims, and this case will be DISMISSED.

IT IS SO ORDERED.

               s/ Thomas A. Varlan
               UNITED STATES DISTRICT JUDGE